AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-CR-00497-ABJ |
| ANTHONY ALEXANDER ANTONIO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                              .

Date:      10/28/2022

/s/ Craig Estes
*Attorney's signature*

Craig Estes // MA BBO #670370
*Printed name and bar number*

John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

*Address*

craig.estes@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*