## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-cr-00497 (ABJ)** |
| **v.** | **:** | |
| | **:** | |
| **ANTHONY ANTONIO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District

of Columbia, informs the Court that Assistant United States Attorney Kimberley C. Nielsen, as counsel for

the United States, is terminating her appearance as counsel of record in this matter.  All other government

counsel noted on the docket at the time of this filing will remain counsel for the United States.


Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Kimberley C. Nielsen*

Kimberley C. Nielsen
Assistant United States Attorney
N.Y. Bar No. 4034138
601 D Street, N.W., Room 3.206
Washington, D.C. 20530
Phone: 202-252-7418
Email: Kimberley.Nielsen@usdoj.gov