UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-00497 (ABJ) |
| : | |
| ANTHONY ANTONIO, : | |
| : | |
| Defendant. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mindy Deranek, who may be contacted by telephone at 202-252-7776 or by email at Mindy.Deranek@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. Mrs. Deranek joins Mr. Estes and Mr. Parker who remain assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Mindy Deranek
MINDY DERANEK
Washington State Bar No. 43085
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7776
Mindy.Deranek@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 21st day of November 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>/s/ *Mindy Deranek*
>MINDY DERANEK
>Washington State Bar No. 43085
>Assistant United States Attorney
>United States Attorney's Office
>601 D Street N.W.
>Washington, D.C. 20530
>Telephone: 202-252-7776
>Mindy.Deranek@usdoj.gov