UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-497 (ABJ) |
| | : | |
| ANTHONY ALEXANDER ANTONIO | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, Robert Jenkins, hereby file this status report. For the reasons set forth below, the parties propose that the Court order the parties to file an additional status report on or before September 27, 2024.

1. On December 13, 2024, the defendant entered a guilty plea to Count Two of the Superseding Indictment, charging a violation of 18 U.S.C. § 1512(c)(2). The Court set sentencing for August 23, 2024.

2. After the defendant pleaded guilty to Count Two of the Superseding Indictment, the Supreme Court decided *Fischer v. United States*, 603 U.S. ___, 2024WL3208034 (June 28, 2024).

3. On July 15, 2024, the United States moved to vacate the sentencing date and instead submit a status report. ECF No. 59. The Court granted that motion and ordered a status report to be filed on or before August 30, 2024. Min. Order (July 16, 2024).

4. Since the Court's order on July 16, 2024, the parties have conferred about a potential revised resolution that would avoid any further litigation relating to the pending § 1512(c)(2) charge. These discussions are ongoing and the parties anticipate a mutually-

agreeable recommendation is possible.

5. Accordingly, the parties request that the Court order an additional status report be filed no later than September 27, 2024.

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:   */s/ Terence Parker*
       TERENCE PARKER
       Trial Attorney
       United States Attorney's Office for the
       District of Columbia (detaliee)
       New York Bar No. 5775192
       Terence.Parker3@usdoj.gov
       (202) 803-1600

       */s/ Craig Estes*
       CRAIG ESTES
       Assistant United States Attorney
       United States Attorney's Office for the
       District of Columbia (detailee)
       Massachusetts Bar No. 670370
       craig.estes@usdoj.gov
       (617) 748-3100

       */s/ Mindy Deranek*
       MINDY DERANEK
       Assistant United States Attorney
       United States Attorney's Office for the
       District of Columbia
       Washington State Bar No. 43085
       Mindy.Deranek@usdoj.gov
       (202) 252-7776