UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-497 (ABJ) |
| | : | |
| ANTHONY ALEXANDER ANTONIO | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, Robert Jenkins, hereby file this status report and state as follows:

1. On December 13, 2024, the defendant entered a guilty plea to Count Two of the Superseding Indictment, charging a violation of 18 U.S.C. § 1512(c)(2). The Court set sentencing for August 23, 2024.

2. After the defendant pleaded guilty to Count Two of the Superseding Indictment, the Supreme Court decided *Fischer v. United States*, 603 U.S. ___, 2024 WL 3208034 (June 28, 2024).

3. At the request of the parties, the August sentencing date was vacated to allow the parties time to determine how best to proceed. ECF No. 59; Min. Order (July 16, 2024).

4. Since that time, the parties have been in discussions about a possible mutually-agreeable resolution, and it is expected that the parties will enter into a new agreement. Accordingly, the parties hereby request that the Court set a hearing for a date in approximately 30 days, at which time it is expected that defendant will plead guilty to Count One of the Superseding Indictment (charging a violation of 18 U.S.C. § 231(a)(3)), and the

government will agree to dismiss Count Two at the time of sentencing.

Accordingly, the parties respectfully request that the Court schedule this case for a change of plea hearing on a date convenient to the Court in approximately 30 days.

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Terence Parker*
        TERENCE PARKER
        Trial Attorney
        United States Attorney's Office for the
        District of Columbia (detailee)
        New York Bar No. 5775192
        Terence.Parker3@usdoj.gov
        (202) 803-1600

        */s/ Craig Estes*
        CRAIG ESTES
        Assistant United States Attorney
        United States Attorney's Office for the
        District of Columbia (detailee)
        Massachusetts Bar No. 670370
        craig.estes@usdoj.gov
        (617) 748-3100

        */s/ Mindy Deranek*
        MINDY DERANEK
        Assistant United States Attorney
        United States Attorney's Office for the
        District of Columbia
        Washington State Bar No. 43085
        Mindy.Deranek@usdoj.gov
        (202) 252-7776

**CERTIFICATE OF SERVICE**

On this 27th day of September, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        */s/ Craig Estes*
        Craig Estes
        Assistant U.S. Attorney (detailee)